**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

<u>**CIVIL MINUTES -- GENERAL**</u>

| | |
|---|---|
| Case No.   **CV 24-2692-JFW(MRWx)** | Date: December 9, 2024 |

Title:     Torrance Airport Association -v- City of Torrance

---

**PRESENT:**

       **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

| | |
|---|---|
| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
| None | None |

**PROCEEDINGS (IN CHAMBERS):**     **ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH THE COURT'S ORDER**

     In the Court's May 6, 2024 Scheduling and Case Management Order ("CMO"), the Court set December 2, 2024 as the last day to conduct a Settlement Conference/Mediation, and December 6, 2024 as the last day to file a Joint Report Re: Results of Settlement Conference/Mediation. Based on the Joint Report Regarding Settlement/Mediation filed on December 6, 2024 [Docket No. 28], the parties have violated the Court's CMO by failing to complete the Settlement Conference by the Court-ordered deadline of December 2, 2024.

     Accordingly, the parties are ordered to show cause in writing by December 12, 2024 why the Court should not impose sanctions in the amount of $1,500.00 against lead counsel for each of the parties and dismiss this action for their violation of the Court's CMO. No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order to Show Cause will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause will result in the imposition of sanctions and the dismissal of this action.

     IT IS SO ORDERED.