# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -- GENERAL

Case No.     **CV 24-2692-JFW(MRWx)**                                    Date: February 28, 2025

Title:       Torrance Airport Association -v- City of Torrance

---

**PRESENT:**

     **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| **Courtroom Deputy** | **Court Reporter** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**
        None                                                                                                  None

**PROCEEDINGS (IN CHAMBERS):**     **ORDER TO SHOW CAUSE RE: SANCTIONS AND DISMISSAL**

     The parties have failed to file the required pre-trial documents, including, for example, the Pre-Trial Conference Order, as required by the Court's May 6, 2024 Scheduling and Case Management Order ("CMO"). In addition, in response to the Court's prior Order to Show Cause why the parties should not be sanctioned for violating the Court's CMO by failing to complete the Settlement Conference by the Court-ordered deadline of December 2, 2024, the parties represented that they would complete mediation by February 3, 2025. The parties, however, have yet to file a Joint Report Re: Results of Settlement Conference/Mediation for that mediation.

     Accordingly, the parties are ordered to show cause in writing by **March 3, 2025** why the Court should not impose sanctions in the amount of $1,500.00 against lead counsel for each of the parties and dismiss this action for their violation of the Court's CMO. No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order to Show Cause will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause will result in the imposition of sanctions and the dismissal of this action.

     IT IS SO ORDERED.