**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

| | | |
|---|---|---|
| Case No. | **CV 24-2692-JFW(MBKx)** | Date: March 4, 2025 |
| Title: | Torrance Airport Association -v- City of Torrance | |

**PRESENT:**

  **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| Shannon Reilly | None Present |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**   **ORDER VACATING DATES AND SETTING SCHEDULING CONFERENCE**

　　Based on Petitioner/Plaintiff Torrance Airport Association's Response to Order to Show Cause Re Sanctions (Docket No. 107) and Respondent/Defendant City of Torrance's Response to Order to Show Cause Re Dismissal or Sanctions (Docket No. 106), the Court concludes this action will not be ready for trial on March 25, 2025. The Court **VACATES** all dates in this action (including those set in its Scheduling and Case Management Order (Docket No. 23)), and sets a Scheduling Conference for **May 5, 2025 at 1:15 p.m.** Counsel shall file a new Joint Report in compliance with Rule 26(f) of the Federal Rules of Civil Procedure, Local Rule 26-1, and the Court's Order dated April 8, 2024 (Docket No. 6) on or before **April 17, 2025.**

　　IT IS SO ORDERED.