**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

<u>**CIVIL MINUTES -- GENERAL**</u>

Case No.   **CV 24-2692-JFW(MBKx)**                    Date:  April 21, 2025

Title:        Torrance Airport Association -v- City of Torrance

---

**DOCKET ENTRY**

---

**PRESENT:**
           **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

           **Shannon Reilly**                          **None Present**
           **Courtroom Deputy**                        **Court Reporter**


**ATTORNEYS PRESENT FOR PLAINTIFFS:**        **ATTORNEYS PRESENT FOR DEFENDANTS:**
           None                                        None

**PROCEEDINGS (IN CHAMBERS):**

        The Court has reviewed the parties' Joint Rule 26(f) Report and finds that a Scheduling Conference is not necessary.  The Scheduling Conference currently on calendar for **May 5, 2025** at 1:15 p.m. is hereby vacated and the matter taken off calendar.  The Court has filed its Scheduling and Case Management Order and the Order/Referral to ADR.  Any unserved DOE defendants are dismissed at this time.

        Consistent with this Court's policy of minimizing litigation expenses while providing prompt and fair review of  administrative decisions, the Court hereby waives the ordinary pretrial requirements and instead establishes the following pretrial procedures and dates:

Last day for hearing Motion for Summary Judgment:                    December 1, 2025[1]
File Opening Trial Briefs:                                           January 20, 2026
File Responsive Trial Briefs:                                        January 27, 2026
File and Exchange Proposed Findings of Fact and Conclusions of Law:  January 20, 2026[2]
File and serve Underlined Findings of Fact and Conclusions of Law:   January 27, 2026
Trial:                                                               February 3, 2026

---

        [1]  Only applicable if the parties agree to:  (1)  a joint statement of facts; (2) the standard of review; and (3) the contents of the administrative record.  The parties need not file Trial Briefs if they agree that the case may be disposed of through a motion for summary judgment.

        [2]  The Proposed Findings of Fact and Conclusion of Law shall include full citations to the Administrative Record.

Initials of Deputy Clerk _sr_

Trial will begin at 8:30 a.m.  Opening Trial Briefs and briefs in support of and in opposition to motions shall not exceed 25 pages.  Responsive Trial Briefs and replies shall not exceed 13 pages.  Only in rare instances and for good cause shown will the Court grant an application to extend these page limitations.

IT IS SO ORDERED.

Initials of Deputy Clerk  _sr_