Mark J. Dillon (State Bar No. 108329)
mdillon@gdandb.com
Lori D. Ballance (State Bar No. 133469)
lballance@gdandb.com
Yana L. Ridge (State Bar No. 306532)
yridge@gdandb.com
Gatzke Dillon & Ballance LLP
2762 Gateway Road
Carlsbad, California 92009
Telephone: (760) 431-9501
Facsimile:  (760) 431-9512

Attorneys for Defendant/Respondent,
City of Torrance

**[See Next Page for Additional Counsel]**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TORRANCE AIRPORT ASSOCIATION, CHAPTER OF CALIFORNIA PILOTS ASSOCIATION, a California Nonprofit Public Benefit Corporation, <br><br> Plaintiff/Petitioner, <br><br> v. <br><br> CITY OF TORRANCE, <br><br> Defendant/Respondent. | Case No. 2:24-cv-02692-JFW (MBKx) <br><br> **RESPONDENT'S RESPONSE REGARDING MEDIATION STATUS** <br><br> Case Assigned to: <br> District Court Judge: John F. Walter <br> Magistrate Judge: Michael B. Kaufman <br><br> Petition Filed:  March 8, 2024 |

Patrick Q. Sullivan (State Bar No. 179922)
psullivan@torranceca.gov
Tatia Y. Strader (State Bar No. 198735)
tstrader@torranceca.gov
Office of the City Attorney
3031 Torrance Blvd.
Torrance, California 90503
Telephone: (310) 618-5810
Facsimile:  (310) 618-5813

Attorneys for Defendant/Respondent,
City of Torrance

# DECLARATION OF YANA RIDGE

I, Yana Ridge, declare as follows:

1. I am an associate attorney at Gatzke Dillon & Ballance, LLP and one of the attorneys for Respondent City of Torrance (City) in this action. I have personal knowledge of the facts set forth below, and if called as a witness, I could and would testify competently to the truth of those facts. I submit this declaration to inform the Court of the mediation/settlement conference status, pursuant to the Court's Scheduling Order (ECF 113).

2. The Court's Order (ECF 113) mandated that the parties engage in a settlement conference/mediation by June 23, 2025. The Order also required counsel to file a joint report regarding the results of the settlement conference/mediation no later than June 27, 2025.

3. The Court's Order was filed on April 21, 2025. After our office did not hear from Petitioner's counsel to coordinate on the settlement negotiations, I emailed Mr. Harshman on May 21, 2025 (over a month ago) and asked to have a phone call to "discuss the logistics and scheduling." I received no response from Mr. Harshman, and therefore, on June 2, 2025, I sent a follow-up email, in which I stated that "[s]ince the settlement completion deadline is just 3 weeks away, we would like to get TAA's opening settlement proposal by end of this week (COB Friday June 6), so that we can present it to City Council at the next closed session for consideration and response." I again suggested we have a phone call to discuss the matter. Seven days later, on June 9, 2025, I sent another email to Mr. Harshman, pointing out that in light of no response to two of my emails, it appeared to the City that his client was "not interested in moving this case forward." True and correct copies of the emails I sent to Mr. Harshman on May 21, June 2, and June 9, 2025, are attached hereto as **Exhibit 1** and incorporated herein by reference.

4. Finally, on June 9, 2025, Petitioner's Counsel responded to my emails, stating his client's concern about the private mediation and its preference for a

1  settlement conference before the Magistrate Judge instead of a private mediation.
2  Mr. Harshman proposed that the parties, through counsel, make a joint request to the
3  Court to amend its Order (ECF 113). In my response on June 10, 2025, I stated that
4  the City would not object if Petitioner requested the amendment, but I noted the late
5  timing of his objection to private mediation and the City's prior proposal to explore a
6  more cost-effective settlement option — informal settlement negotiations. A true and
7  correct copy of the email chain between Mr. Harshman and me on June 9 and 10,
8  2025 is attached hereto as **Exhibit 2,** and incorporated herein by reference.

9      5.    I received a response to my June 10, 2025 email in the afternoon of June
10 26, 2025 – sixteen days after my last email and a day before this filing is due. In his
11 email, Mr. Harshman indicated he would be filing a request to amend the Order.
12 However, as of the filing of this declaration, no amendment request has been filed on
13 behalf of Petitioner.  A true and correct copy of Mr. Harshman's email dated June 26,
14 2025 is attached hereto as **Exhibit 3** and incorporated herein by reference.

15     6.    Despite our request, Petitioner's counsel never provided a written
16 settlement proposal from Petitioner so that we could review and present it to the City
17 Council for consideration and response. Despite this Court's Order (ECF 113) and the
18 City's best efforts to engage with Petitioner on settlement, no settlement
19 conference/mediation has occurred before the June 23, 2025 deadline.

20     My declaration was executed on June 27, 2025, at Carlsbad, California. I
21 declare under penalty of perjury under the laws of the United States that the foregoing
22 is true and correct.

23
24                              By:   */s/Yana Ridge*
                                        Yana Ridge
25
26
27
28

**CERTIFICATE OF SERVICE**

I certify that counsel of record who are deemed to have consented to electronic service are being served on June 27, 2025 with a copy of this document via the Court's CM/ECF system pursuant to Local Rule 5-3.2.

                                          */s/ Yana Ridge*

# EXHIBIT 1

| | |
|---|---|
| **From:** | Yana Ridge |
| **To:** | Christopher Harshman |
| **Cc:** | Mark Dillon; Sue Toms; Sagrario Lopez |
| **Subject:** | RE: Torrance/TAA - Settlement Conference/Mediation |
| **Date:** | Monday, June 9, 2025 4:40:00 PM |

We are following up, again, regarding the court order directing the parties to engage in settlement discussions. There was no response to two of my emails below. It appears that your client is not interested in moving this case forward – please let us know if this assessment is not accurate.

Yana L. Ridge
760.431.9501 (ext. 109)
909.200.0761 (cell)
www.gdandb.com



Gatzke Dillon & Ballance LLP
L A W Y E R S

**NOTICE:** This communication and any attached document(s) are privileged and confidential. In addition, any disclosure of this transmission does not compromise or waive the attorney-client privilege or the work product doctrine. If you have received this communication in error, please delete it and contact me at yridge@gdandb.com.

---

**From:** Yana Ridge
**Sent:** Monday, June 2, 2025 9:46 AM
**To:** Christopher Harshman <charshman@shabyandassociates.com>
**Cc:** Mark Dillon <mdillon@gdandb.com>; Sue Toms <stoms@gdandb.com>; Sagrario Lopez <slopez@shabyandassociates.com>
**Subject:** RE: Torrance/TAA - Settlement Conference/Mediation

Chris,

We haven't heard from you regarding the private settlement/mediation of this case, in response to the court order (ECF 113) and my May 21 email below. Since the settlement completion deadline is just 3 weeks away, we would like to get TAA's opening settlement proposal by end of this week (COB Friday June 6), so that we can present it to City Council at the next closed session for consideration and response. As you know, City Council is the body with authority to make binding settlement decisions for the City, and any settlement terms need to be reviewed and voted on by Council in closed session.

We look forward to receiving your client's settlement demand by end of this week. Please let us know if you would like to get on a call to discuss it.

Yana L. Ridge
760.431.9501 (ext. 109)
909.200.0761 (cell)
www.gdandb.com



Gatzke Dillon & Ballance LLP
L A W Y E R S

**NOTICE:** This communication and any attached document(s) are privileged and confidential. In addition, any disclosure of this transmission does not compromise or waive the attorney-client privilege or the work product doctrine. If you have received this communication in error, please delete it and contact me at yridge@gdandb.com.

---

**From:** Yana Ridge
**Sent:** Wednesday, May 21, 2025 10:39 AM
**To:** Christopher Harshman <charshman@shabyandassociates.com>
**Cc:** Mark Dillon <mdillon@gdandb.com>; Sue Toms <stoms@gdandb.com>; Sagrario Lopez <slopez@shabyandassociates.com>
**Subject:** Torrance/TAA - Settlement Conference/Mediation

Counsel,

The court order (ECF 113) directs us to engage in settlement discussions (a settlement conference/mediation) before June 23.  Please let us know if we can have a call to discuss the logistics and scheduling, in light of the fast-approaching deadline.

Thank you,

Yana L. Ridge
760.431.9501 (ext. 109)
909.200.0761 (cell)
www.gdandb.com



**NOTICE:** This communication and any attached document(s) are privileged and confidential. In addition, any disclosure of this transmission does not compromise or waive the attorney-client privilege or the work product doctrine. If you have received this communication in error, please delete it and contact me at yridge@gdandb.com.

# EXHIBIT 2

| | |
|---|---|
| **From:** | Yana Ridge |
| **To:** | "Christopher Harshman" |
| **Cc:** | TorranceAirportAssociationZ11624221@shabyandassociates.filevineapp.com; Mark Dillon |
| **Subject:** | RE: Torrance/TAA - Settlement Conference/Mediation |
| **Date:** | Tuesday, June 10, 2025 11:57:00 AM |

Chris,

While we will not object to the TAA's request that the court amend its order, we note that you are raising this issue now, just days before the mediation deadline, even though on May 21 we asked to have a call to discuss the settlement/mediation logistics. After no response to that May 21 email, on June 2, 2025, we proposed to start with informal settlement discussions before we bring it to a mediator/judge, which would be the most cost effective, but your client has not presented a settlement demand yet. Regardless of whether this case goes through mediation or settlement conference with a magistrate judge, it would be productive to start with a settlement demand from TAA.

Thanks,

Yana L. Ridge
760.431.9501 (ext. 109)
909.200.0761 (cell)
www.gdandb.com

 Gatzke Dillon & Ballance LLP
L A W Y E R S

**NOTICE:** This communication and any attached document(s) are privileged and confidential. In addition, any disclosure of this transmission does not compromise or waive the attorney-client privilege or the work product doctrine. If you have received this communication in error, please delete it and contact me at yridge@gdandb.com.

---

**From:** Christopher Harshman <charshman@shabyandassociates.com>
**Sent:** Monday, June 9, 2025 5:51 PM
**To:** Yana Ridge <yridge@gdandb.com>
**Cc:** TorranceAirportAssociationZ11624221@shabyandassociates.filevineapp.com
**Subject:** Re: Torrance/TAA - Settlement Conference/Mediation

Yana,

My apologies, I was out of the office most of last week and am just now seeing this. If you send an email and do not get a timely reply kindly **call my office** and leave a message with my assistant.

We are of course interested in resolving this matter. I note however that our Joint Rule 26 Report specified: "The parties have not explored settlement discussions to resolve this writ case but are open to participating in a settlement conference with the Magistrate Judge."

However, the Court's order was for the parties to engage in private mediation.

The Torrance Airport Association ("TAA") is a small non-profit with extremely limited financial resources. We would like to jointly request the Court amend its order so that we can schedule a settlement conference before the magistrate judge; what are your thoughts?

Failing that, we will have to find a low cost mediation option. Again, your thoughts?

Thanks,
Chris

### Torrance Airport Association (TAA) vs City of Torrance CV 24-2692-JFW (MRWx)

**FW: Torrance/TAA - Settlement Conference/Mediation**
From: Sagrario Lopez slopez@shabyandassociates.com
To: TorranceAirportAssociationZ11624221@shabyandassociates.filevineapp.com
Date: Mon Jun 09 2025 11:42:44 GMT+00:00

From: Yana Ridge
Sent: Monday, June 9, 2025 4:40 PM
To: Christopher Harshman
Cc: Mark Dillon ; Sue Toms ; Sagrario Lopez
Subject: RE: Torrance/TAA - Settlement Conference/Mediation

We are following up, again, regarding the court order directing the parties to engage in settlement discussions. There was no response to two of my emails below. It appears that your client is not interested in moving this case forward - please let us know if this assessment is not accurate.

Yana L. Ridge
760.431.9501 (ext. 109)
909.200.0761 (cell)
www.gdandb.com

G|D|B
Gatzke Dillon & Ballance LLP
LAWYERS
NOTICE: This communication and any attached document(s) are privileged and confidential. In addition, any disclosure of this transmission does not compromise or waive the attorney-client privilege or the work product doctrine. If you have received this communication in error, please delete it and contact me at yridge@gdandb.com.

--
**R. Christopher Harshman, Esq.**
David M. Shaby II & Associates, APC
11949 Jefferson Blvd. Ste 104
Culver City, CA 90230
(310) 827-7171 (main)
charshman@shabyandassociates.com

# EXHIBIT 3

| | |
|---|---|
| **From:** | Christopher Harshman |
| **To:** | Yana Ridge |
| **Cc:** | TorranceAirportAssociationZ11624221@shabyandassociates.filevineapp.com; Mark Dillon |
| **Subject:** | Re: Torrance/TAA - Settlement Conference/Mediation |
| **Date:** | Thursday, June 26, 2025 2:07:05 PM |

Yana,

Apologies, I have been out of the office with some sort of nasty viral infection, and am just now getting back up to speed.

In the future, as I believe we have requested in the past, if you do not receive a response to an email, please **call** my office to follow up; we will do the same.

I will prepare a request and file it this afternoon.

Thanks,
Chris


> On Jun 10, 2025, at 11:58 AM, Yana Ridge <YRidge@gdandb.com> wrote:
>
> Chris,
>
> While we will not object to the TAA's request that the court amend its order, we note that you are raising this issue now, just days before the mediation deadline, even though on May 21 we asked to have a call to discuss the settlement/mediation logistics. After no response to that May 21 email, on June 2, 2025, we proposed to start with informal settlement discussions before we bring it to a mediator/judge, which would be the most cost effective, but your client has not presented a settlement demand yet. Regardless of whether this case goes through mediation or settlement conference with a magistrate judge, it would be productive to start with a settlement demand from TAA.
>
> Thanks,
>
> Yana L. Ridge
> 760.431.9501 (ext. 109)
> 909.200.0761 (cell)
> www.gdandb.com
>
> 
>
> **NOTICE:** This communication and any attached document(s) are privileged and confidential. In addition, any disclosure of this transmission does not compromise or waive the attorney-client privilege or the work product doctrine. If you have received this communication in error, please delete it and contact me at yridge@gdandb.com.
>
>> **From:** Christopher Harshman <charshman@shabyandassociates.com>
>> **Sent:** Monday, June 9, 2025 5:51 PM
>> **To:** Yana Ridge <yridge@gdandb.com>
>> **Cc:** TorranceAirportAssociationZ11624221@shabyandassociates.filevineapp.com
>> **Subject:** Re: Torrance/TAA - Settlement Conference/Mediation

Yana,

My apologies, I was out of the office most of last week and am just now seeing this. If you send an email and do not get a timely reply kindly **call my office** and leave a message with my assistant.

We are of course interested in resolving this matter. I note however that our Joint Rule 26 Report specified: "The parties have not explored settlement discussions to resolve this writ case but are open to participating in a settlement conference with the Magistrate Judge."

However, the Court's order was for the parties to engage in private mediation.

The Torrance Airport Association ("TAA") is a small non-profit with extremely limited financial resources. We would like to jointly request the Court amend its order so that we can schedule a settlement conference before the magistrate judge; what are your thoughts?

Failing that, we will have to find a low cost mediation option. Again, your thoughts?

Thanks,
Chris

### Torrance Airport Association (TAA) vs City of Torrance CV 24-2692-JFW (MRWx)

**FW: Torrance/TAA - Settlement Conference/Mediation**
From: Sagrario Lopez slopez@shabyandassociates.com
To: TorranceAirportAssociationZ11624221@shabyandassociates.filevineapp.com
Date: Mon Jun 09 2025 11:42:44 GMT+00:00

From: Yana Ridge
Sent: Monday, June 9, 2025 4:40 PM
To: Christopher Harshman
Cc: Mark Dillon ; Sue Toms ; Sagrario Lopez
Subject: RE: Torrance/TAA - Settlement Conference/Mediation

We are following up, again, regarding the court order directing the parties to engage in settlement discussions. There was no response to two of my emails below. It appears that your client is not interested in moving this case forward - please let us know if this assessment is not accurate.

Yana L. Ridge
760.431.9501 (ext. 109)

909.200.0761 (cell)
www.gdandb.com

G|D|B
Gatzke Dillon & Ballance LLP
LAWYERS
NOTICE: This communication and any attached document(s) are privileged and confidential. In addition, any disclosure of this transmission does not compromise or waive the attorney-client privilege or the work product doctrine. If you have received this communication in error, please delete it and contact me at yridge@gdandb.com.

--
**R. Christopher Harshman, Esq.**
David M. Shaby II & Associates, APC
11949 Jefferson Blvd. Ste 104
Culver City, CA 90230
(310) 827-7171 (main)
charshman@shabyandassociates.com