**DENIED BY ORDER OF THE COURT**

**No Showing of Good Cause**

6/30/25

*/s/ John F. Walter/*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Torrance Airport Association,<br><br>            Plaintiff,<br><br>vs.<br><br>City of Torrance,<br><br>            Defendants. | Case No.: CV 24-2692-JFW(MBKx)<br><br>**[PROPOSED] ORDER** |

      The Court, having reviewed the Request of plaintiff Torrance Airport Association (ECF No. 116), and finding good cause therefore, hereby GRANTS the Request and amends its Order (ECF No. 112). The parties are hereby ORDERED to schedule a settlement conference before Magistrate Judge Michael B. Kaufman as soon as possible, but in no event later than _____. The parties are further ORDERED to submit a joint status report no later than four (4) court days following the completion of that settlement conference.

      IT IS SO ORDERED.

Dated:

                                                     JOHN F. WALTER
                                       UNITED STATES DISTRICT JUDGE