| | |
|---|---|
| 1 | Mark J. Dillon (State Bar No. 108329) |
| 2 | mdillon@gdandb.com |
|   | Lori D. Ballance (State Bar No. 133469) |
| 3 | lballance@gdandb.com |
| 4 | Yana L. Ridge (State Bar No. 306532) |
|   | yridge@gdandb.com |
| 5 | Gatzke Dillon & Ballance LLP |
| 6 | 2762 Gateway Road |
|   | Carlsbad, California 92009 |
| 7 | Telephone: (760) 431-9501 |
| 8 | Facsimile:  (760) 431-9512 |
| 9 | Attorneys for Defendant/Respondent, |
| 10 | City of Torrance |
| 11 | **[See Next Page for Additional Counsel]** |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TORRANCE AIRPORT ASSOCIATION, CHAPTER OF CALIFORNIA PILOTS ASSOCIATION, a California Nonprofit Public Benefit Corporation, | Case No. 2:24-cv-02692-JFW (Mbkx) |
| | **JOINT STIPULATION TO VACATE TRIAL DATE AND SET A BRIEFING AND HEARING SCHEDULE ON PETITIONER'S WRIT OF MANDATE PETITION** |
| Plaintiff/Petitioner, | |
| v. | Case Assigned to: |
| | District Court Judge: John F. Walter |
| CITY OF TORRANCE, | Magistrate Judge: Michael B. Kaufman |
| Defendant/Respondent. | Trial Date: February 3, 2026 |
| | Petition Filed:  March 8, 2024 |

1 | Patrick Q. Sullivan (State Bar No. 179922)
2 | psullivan@torranceca.gov
  | Tatia Y. Strader (State Bar No. 198735)
3 | tstrader@torranceca.gov
4 | Office of the City Attorney
  | 3031 Torrance Blvd.
5 | Torrance, California 90503
6 | Telephone: (310) 618-5810
  | Facsimile:  (310) 618-5813
7 |
8 | Attorneys for Defendant/Respondent,
  | City of Torrance
9 |
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Subject to the approval of the Court, Plaintiff/Petitioner Torrance Airport Association, Chapter of California Pilots Association, a California Nonprofit Public Benefit Corporation (Petitioner), and Defendant/Respondent City of Torrance (City), through their respective counsel of record, hereby stipulate as follows:

1. Petitioner filed a petition for writ of mandate (Petition) against the City of Torrance (City), requesting writs of administrative mandamus, traditional mandate, and other extraordinary relief; no damages are sought. The case is based the City's certified administrative record, which has been filed with the Court.

2. By the Court Order issued April 21, 2025 (ECF 113), the Court set a bench trial for February 3, 2026. The parties have met and conferred and agreed that based on the writ claims in the Petition, this writ case should be decided by the Court on a motion for writ of mandate based on the parties' briefing, administrative record, and oral argument. The parties believe in good faith that deciding the matter on the writ of mandate motion will promote judicial efficiency and conserve the Court's and the parties' time and resources while ensuring adequate and fair resolution of the dispute.

3. Accordingly, the parties request that the Court vacate the trial date of February 3, 2026 and set this matter for a writ hearing. The parties hereby propose the following briefing and writ hearing schedule:

- Petitioner's Opening Brief limited to 35 pages due March 9, 2026;
- The City's Opposition Brief limited to 35 pages due April 13, 2026;
- TAA's Reply brief limited to 17 pages due April 27, 2026;
- The writ hearing to be set on May 18, 2026, or on another date convenient for the Court.

4. The City will provide a courtesy copy of this Joint Stipulation to the Court in accordance with the Court's Standing Order.

SO STIPULATED.

| | | |
|---|---|---|
| 1 | January 20, 2026 | GATZKE DILLON & BALLANCE LLP |
| 2 | | |
| 3 | | By: /s/ *Mark J. Dillon* |
| | | Mark J. Dillon |
| 4 | | Lori D. Ballance |
| | | Attorneys for City of Torrance |
| 5 | January 20, 2026 | DAVID M. SHABY II & ASSOCIATES, APC |
| 6 | | |
| 7 | | By: /s/ *R. Christopher Harshman* |
| | | R. Christopher Harshman |
| 8 | | David M. Shaby II |
| 9 | | Attorneys for Torrance Airport Ass'n |

2

*JOINT STIPULATION*

**CERTIFICATE OF SERVICE**

I certify that counsel of record who are deemed to have consented to electronic service are being served on January 20, 2026 with a copy of this document via the Court's CM/ECF system pursuant to Local Rule 5-3.2.

/s/ Mark J. Dillon