**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TORRANCE AIRPORT ASSOCIATION, CHAPTER OF CALIFORNIA PILOTS ASSOCIATION, a California Nonprofit Public Benefit Corporation, <br><br> Plaintiff/Petitioner, <br><br> v. <br><br> CITY OF TORRANCE, <br><br> Defendant/Respondent. | ) Case No. 2:24-cv-02692-JFW (Mbkx) <br> ) <br> ) **JUDGMENT OF DISMISSAL WITH** <br> ) **PREJUDICE** <br> ) <br> ) Case Assigned to: <br> ) District Court Judge: John F. Walter <br> ) Magistrate Judge: Michael B. Kaufman <br> ) <br> ) Petition Filed:  March 8, 2024 <br> ) |

**JUDGMENT OF DISMISSAL**

Having issued the Minute Order (Order) dated March 9, 2026 (ECF 126), dismissing with prejudice the action filed by Petitioner Torrance Airport Association, Chapter of California Pilots Association, a California Nonprofit Public Benefit Corporation (Petitioner), and having incorporated the Order by reference herein,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Judgment is entered in favor of Respondent City of Torrance and against Petitioner in accordance with the Order, that Petitioner takes nothing by this action, and that Respondent be entitled to court costs.

**IT IS SO ORDERED.**

DATED:  March 25, 2026

_____
U.S. DISTRICT COURT JUDGE

1